# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

UNPUBLISHED
February 1, 2018

Plaintiff-Appellee,

v

No. 320659
Wayne Circuit Court
LC No. 09-028750-FC

MARIO WILLIS,

Defendant-Appellant.

ON REMAND

Before: HOEKSTRA, P.J., and JANSEN and METER, JJ.

METER, J. (*dissenting*).

I respectfully dissent. In my dissenting opinion of August 11, 2015, I explained that the trial court properly followed the principle of proportionality in sentencing defendant. *People v Willis*, unpublished opinion per curiam of the Court of Appeals, issued August 11, 2015 (Docket No. 320659) (METER, J., dissenting). The Supreme Court's latest directive to address whether defendant's sentence was disproportionate under the standard set forth in *People v Milbourn*, 435 Mich 630, 636; 461 NW2d 1 (1990), gives me no basis for altering this prior opinion. The sentence was proportionate to the "seriousness of the circumstances surrounding the offense and the offender." *Id*.

I would affirm defendant's sentence.

/s/ Patrick M. Meter

-1-